IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN G. SMITH,<br><br>           Plaintiff,<br><br>   vs.<br><br>RICK EBERHARDT, Pierce County Sheriff; JASON DWINELL, Wayne County Sheriff; and ET AL,<br><br>           Defendants. | **8:21CV283**<br><br><br>**MEMORANDUM<br>AND ORDER** |

On November 30, 2021, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 8.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 8 at CM/ECF p. 12.) To date, Plaintiff has not filed an amended complaint as ordered.

IT IS THEREFORE ORDERED:

1.     This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2.     Judgment shall be entered by separate document.

DATED this 11th day of February, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge